```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**THE SANITARY BOARD OF THE CITY**
**OF CHARLESTON, WEST VIRGINIA,**
a municipal utility,

        Plaintiff,

v.                                    Civil Action No. 2:18-cv-01100

**COLONIAL SURETY COMPANY,** a
Pennsylvania corporation; and
**PARTNERRE INSURANCE COMPANY OF**
**NEW YORK,** a New York corporation,

        Defendants.

**and**

**COLONIAL SURETY COMPANY,** a
Pennsylvania Corporation,

        Third-Party Plaintiff,

v.

**TRI-STATE PIPELINE, INC.,** an Ohio
corporation; and **ERIC D. TAYLOR,**

        Third-Party Defendants and
        Fourth-Party Plaintiffs,

v.

**BURGESS & NIPLE, INC.,** an Ohio
corporation,

        Fourth-Party Defendant.

## MEMORANDUM OPINION AND ORDER

For reasons appearing to the court, the settlement conference scheduled for Thursday, November 18, 2021, is continued until Tuesday, November 30, 2021, at 1:30 PM.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: November 17, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge