```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**THE SANITARY BOARD OF THE CITY
OF CHARLESTON, WEST VIRGINIA,** a
municipal utility,

       Plaintiff,

v.                                         Civil Action No. 2:18-cv-01100

**COLONIAL SURETY COMPANY,** a
Pennsylvania corporation, and
**PARTNERRE INSURANCE COMPANY OF
NEW YORK,** a New York corporation,

       Defendants;

and

**COLONIAL INSURANCE COMPANY,** a
Pennsylvania corporation,

       Third-Party Plaintiff,

v.

**TRI-STATE PIPELINE, INC.,** and Ohio
corporation, and **ERIC D. TAYLOR,**

       Third-Party Defendants and
       Fourth-Party Plaintiffs,

v.

**BURGESS & NIPLE, INC.,** an Ohio
corporation,

       Fourth-Party Defendant.

## ORDER

Pending is Fourth-Party Defendant, Burgess & Niple, Inc.'s Motion for Leave to File a Supplemental Motion for Summary Judgment on the Claims of Tri-State Pipeline, Inc. (ECF No. 502), filed April 29, 2022. No response has been filed.

On March 15, 2021, Burgess & Niple filed its motion for summary judgment against fourth-party plaintiff Tri-State Pipeline, Inc. ("Tri-State"). On August 27, 2021, this court entered a 66-page memorandum opinion and order which granted Burgess & Niple's motion for summary judgment in part and dismissed the majority of Tri-State's 57 stated claims against Burgess & Niple. ECF No. 468.

Burgess & Niple now seeks to a file a supplemental motion for summary judgment pertaining to the claims that survived its previous motion. ECF No. 502. It appears that the basis of the supplemental motion is that Burgess & Niple believes Tri-State's expert cannot "provide proper expert testimony" on Tri-State's remaining claims.

District courts have discretion to consider second or successive motions for summary judgment. <u>Hoffman v. Tonnemacher</u>, 593 F.3d 908, 910–11 (9th Cir. 2010) (collecting cases).

Here, the court declines to exercise that discretion inasmuch as the court has already fully considered a comprehensive motion for summary judgment by Burgess & Niple. Burgess & Niple is free to contest the sufficiency of Tri-States' evidence on the remaining claims at trial.

Accordingly, the court ORDERS that Burgess & Niple's motion (ECF No. 502) be, and hereby it is, denied.

The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: May 23, 2022

John T. Copenhaver, Jr.
Senior United States District Judge